UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MITCHELL LEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00520 ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 13) recommending that the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9) and affirm the Social Security Administration's ("Commissioner") final decision denying benefits and supplemental security income. Plaintiff has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 13 at 24).

Having reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that (1) the ALJ's development of the record was supported by substantial evidence; (2) the ALJ's residual functional capacity ("RFC") determination was supported by substantial evidence; and (3) there was no error in the ALJ's determinations. (See Doc. No. 13 at 7–23).

Accordingly, the R&R (Doc. No. 13) is **APPROVED AND ADOPTED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9) is **DENIED**; and pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE